UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KERRY HEICHELBECH,<br>(Social Security No. XXX-XX-5692),<br><br>               Plaintiff,<br><br>               v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>               Defendant. | 3:10-cv-65-WGH-RLY |

**FINAL JUDGMENT ENTRY**

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**Entered:** May 17, 2011

                                                   William G. Hussmann, Jr.
                                                   United States Magistrate Judge
                                                   Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
By: Deputy Clerk

**Electronic copies to:**

Eddy Pierre Pierre
LAW OFFICES OF HARRY J. BINDER
   AND CHARLES E. BINKER, P.C.
fedcourt@binderandbinder.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S
   OFFICE
tom.kieper@usdoj.gov